Name & Address:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>Terence Gavan Perry<br>DEFENDANT(S). | CASE NUMBER:<br>5:26-mj-00541<br>**FINAL COMMITMENT AND WARRANT OF REMOVAL**<br>Northern District of Alabama<br>At Birmingham<br>*(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Order of court
- ☑ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

charging him or her with (brief description of offense) Pretrial Release

☑ in violation of Title 18 United States Code, Section (s) 3147

☑ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:

☑ duly waived arrival of process.
☑ duly waived identity hearing before me on 07/28/2026.
☐ duly waived preliminary hearing before me on ______.
☐ had a preliminary hearing before me on ______, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on ______, and it appears that the defendant is the person named as charged, and:
- ☐ Bail has been set at $______ but has not been posted.
- ☑ No bail has been set.
- ☑ Permanent detention has been ordered.
- ☐ Temporary detention has been ordered.

7/28/2026
Date

Sheri Pym /s/
United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on ______, and on ______, committed him to ______ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

______
Date

______
Deputy